UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-2314-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **NOTICE OF INTENT TO USE FOREIGN** |
| | ) | **INTELLIGENCE SURVEILLANCE ACT** |
| AMEER ABU-HAMMAD | ) | **INFORMATION** |

The United States hereby provides notice to defendant Ameer Abu-Hammad and to the Court that pursuant to Title 50, United States Code, Section 1806(c), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this matter, information obtained or derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812.

Respectfully submitted this 29th day of December, 2015.

                THOMAS G. WALKER
                United States Attorney

                /s/ Eric D. Goulian
                ERIC D. GOULIAN
                JASON M. KELLHOFER
                Assistant United States Attorneys
                310 New Bern Avenue, Suite 800
                Raleigh, NC 27601
                Tel:    919-856-4356
                Fax:   919-856-4487
                Email: Eric.Goulian@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2015, a copy of this notice will be hand-served on Defendant and on counsel who appears for Defendant.

/s/ Eric D. Goulian
ERIC D. GOULIAN
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Tel: 919-856-4356
Fax: 919-856-4487
Email: Eric.Goulian@usdoj.gov